OCT 0 ? 2008

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| JAMES HOUSTON HICKS | DOCKET NO. 08-CV-835; SEC. P |
|---|---|
| VERSUS | JUDGE DRELL |
| MEDICAL CLERK MARGIE, ET AL. | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint be and is hereby **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous and failing to state a claim for which relief can be granted pursuant to 28 U.S.C. §1915(e)(2)(b).

THUS DONE AND SIGNED in Chambers at Alexandria, Louisiana, on this 9th day of October, 2008.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE